TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
JAMES E. DOCHTERMAN
California Bar No. 256396
Assistant United States Attorney
Asset Forfeiture and Recovery Section
     United States Courthouse, 11th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2686
     Facsimile:  (213) 894-6269
     E-mail:       James.Dochterman@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF FIVE ASSORTED PIECES OF JEWELRY | CR MISC. No. 2:26-CM-00008 |
| | STIPULATION EXTENDING UNITED STATES OF AMERICA'S DEADLINE TO FILE COMPLAINT FOR FORFEITURE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |

It is hereby stipulated by and between the United States of America ("United States" or "the government") and claimant Keshawn Anthony Powell ("Claimant"), by and through their respective attorneys, as follows:

1.     Pursuant to the claim that the United States alleges was received by the Drug Enforcement Administration ("DEA") on November 1, 2025, Claimant filed a claim in the DEA administrative forfeiture proceedings to Five Assorted Pieces of

Jewelry (CATS ID# 25-DEA-722990).  The Five Assorted Pieces of Jewelry are hereinafter referred to as "the property."

2.      It is the United States' position that the DEA sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(3)(A) to all known interested parties, the time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than Claimant has filed a claim to the property as required by law in the administrative forfeiture proceedings.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be January 30, 2026, unless the Court extends the deadline for good cause shown or by agreement of the parties.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 30, 2026, the deadline by which the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging the property is subject to forfeiture, so that the parties can further investigate this matter and determine whether this matter can be resolved without the government having to file a complaint, thus preserving judicial economies.

5.      Claimant knowingly, intelligently, and voluntarily gives up any rights Claimant may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture by January 30, 2026 and any rights Claimant may have to seek dismissal of any complaint on the ground that it was not filed on or before such date.

6.      The parties further stipulate and agree that good cause exists to extend the civil forfeiture complaint filing deadline in this matter pursuant to 18 U.S.C. § 981(g)(1) and/or (g)(2) because the conduct of claimants as it relates to their involvement in this case, and discovery in this proceeding might (1) require Claimant to waive his Fifth Amendment privileges against self-incrimination concerning matters involved in the

underlying criminal investigation, and (2) adversely affect the government's ability to investigate the criminal case by exposing its witnesses to civil discovery before any criminal trial.

7.      The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture shall be extended to April 30, 2026.

SO STIPULATED.

Dated:  January 28, 2026              TODD BLANCHE
                                      Deputy Attorney General
                                      BILAL A. ESSAYLI
                                      First Assistant United States Attorney
                                      ALEXANDER B. SCHWAB
                                      Assistant United States Attorney
                                      Acting Chief, Criminal Division
                                      JONATHAN GALATZAN
                                      Assistant United States Attorney
                                      Chief, Asset Forfeiture & Recovery Section

                                      */s/ James E. Dochterman*
                                      JAMES E. DOCHTERMAN
                                      Assistant United States Attorney
                                      Asset Forfeiture and Recovery Section

                                      Attorneys for
                                      UNITED STATES OF AMERICA

Dated:  January 28, 2026              THE LENTZ LAW FIRM, P.C.

                                      */with permission/*
                                      JACEK W. LENTZ

                                      Attorney for Claimant
                                      KESHAWN ANTHONY POWELL

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

## PROOF OF SERVICE BY E-MAIL

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 11th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On January 29, 2026, I served a copy of: **JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** on each person or entity named below by transmitting the document by electronic mail to the e-mail address indicated for receipt of e-mail on the date and place shown below following our ordinary office practices.  Each person has given consent to receive service by e-mail.

**TO:**      Jacek Lentz, Esq.
THE LENTZ LAW FIRM, P.C.
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Email: jwl@lentzlawfirm.com

I am readily familiar with the practice of this office for transmittal of electronic mail from a desktop computer which allows for confirmation that an e-mail message was sent on a particular day and time.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 29, 2026, at Los Angeles, California.

*/s/ Cecilia Anderson*
**CECILIA ANDERSON**
Paralegal, FSA

4